UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TERRANCE SMITH | CASE NO. 3:09-cr-126-J-25JRK<br><br>FILED IN OPEN COURT<br>12-3-09<br>CLERK, U S DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>JACKSONVILLE, FLORIDA |
| **Counsel for Government:**<br>Kathleen O'Malley | **Counsel for Defendants:**<br>Scott Kalisch |

**HONORABLE HENRY LEE ADAMS, JR., UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Paula Tribune Goins
Court Reporter: Deanne Moore          Probation Officer: Steve Watson

---

### CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

__X__  United States witness S/A Steven Albano, Secret Service.
__X__  Defendant adjudged guilty on Count **One** of the Indictment.
__X__  Imprisonment: **30 months.**
__X__  Supervised Release: **3 years.**
__X__  Special Assessment: **$100.00** to be paid immediately.
__X__  Restitution: **$38,887.79** jointly and severally with co-defendant, Eleazer Michael Mills.
__X__  Defendant shall make monthly in installments of **$ 100**. Should the defendant's financial situation arrant an increase or decrease in his monthly payments, the probation office shall advise the Court.

__X__  Special conditions of supervised release:

  __X__  Defendant shall provide the Probation Officer access to any requested financial information.
  __X__  Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
  __X__  Defendant shall participate as directed in a program for substance abuse treatment.
  __X__  Cooperate in the Collection of DNA as directed by the Probation Officer.

__X__  Count(s) **2-10** are dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement

__X__  Defendant shall surrender to the designated institution as notified by the Bureau of Prisons not later than **February 22, 2010 at 2:00 p.m..**
__X__  Defendant advised of right to appeal and to counsel on appeal.

DATE: **December 3, 2009**      TIMES: 1: 30 p.m. - 2:10 p.m.      TOTAL: /40